IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | No. CV-F-04-5508 REC/LJO P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (DOC. 43) |
| vs. | |
| GAIL LEWIS, et al., | |
| Defendant. | |

On April 11, 2005, plaintiff filed a motion for reconsideration of Magistrate Judge O'Neill's "Order Requiring Plaintiff to File Second Amended Complaint or Notify Court of Willingness to Proceed Only on Cognizable Eighth Amendment Claim" filed on March 21, 2005.

The court hereby denies plaintiff's motion for reconsideration.  The Magistrate Judge's ruling that plaintiff cannot proceed on claims alleged in the Amended Complaint with respect to which plaintiff had not exhausted administrative remedies at the time this action was commenced is not clearly

1

1  erroneous or contrary to law.

2  IT IS SO ORDERED.

3  **Dated:  April 27, 2005**                    **/s/ Robert E. Coyle**
   668554                                   UNITED STATES DISTRICT JUDGE