# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>             Plaintiff,<br><br>   v.<br><br>GAIL LEWIS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV-F-04-5508 REC LJO P<br><br>ORDER DIRECTING DEFENDANTS GONZALES AND AUTEN TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 38) |

    This is a civil rights action filed by plaintiff Jowell Finley ("plaintiff"), a state prisoner proceeding pro se. The action was removed from Fresno County Superior Court by defendants Lewis, Taylor, Auten, Ruth, and Buehler on March 30, 2004.[1] In a separate Findings and Recommendations issued concurrently with this order, the court recommended that this action proceed on plaintiff's amended complaint, filed December 27, 2004, only against defendants Gonzales and Auten on plaintiff's claim that they failed to protect him, in violation of the Eighth Amendment. The court recommended that all other claims and defendants be dismissed from this action.

///
///
///
///

---

[1] Defendants Gonzales and Herrera subsequently made an appearance in the action.

1  Accordingly, defendants Gonzales and Auten are HEREBY ORDERED to file a response
2 to plaintiff's amended complaint within **thirty (30) days** from the date of service of this order.

4  IT IS SO ORDERED.

5  **Dated:**   **May 16, 2005**                    /s/ Lawrence J. O'Neill
   b9ed48                                UNITED STATES MAGISTRATE JUDGE