UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY, | 1:04-cv-05508-REC-LJO-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 45) |
| vs. | |
| GAIL LEWIS, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
|       Defendants. | |

Plaintiff, Jowell Finley ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 16, 2005, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's amended complaint, filed December 27, 2004, against defendants Gonzales and Auten for failing to protect plaintiff, in violation of the Eighth Amendment;

3. Plaintiff's Eighth Amendment claims against defendants Herrera, Taylor, Ruth, Lewis, and Buehler are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted;

4. Plaintiff's due process and equal protection claims are DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted;

5. Plaintiff's claim(s) for mental or emotional injuries is/are DISMISSED, with prejudice, pursuant to 42 U.S.C. § 1997e(e);

6. Plaintiff's claims against defendants Corley, Matthews, Real, and Yates are DISMISSED, without prejudice, pursuant to 42 U.S.C. § 1997e(a) on the ground that the claims were unexhausted at the time this suit was filed; and,

//
/

7.   Defendants Herrera, Taylor, Ruth, Lewis, Buehler Corley, Matthews, Real, and Yates are DISMISSED from this action.

IT IS SO ORDERED.

**Dated:  June 24, 2005**            /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE