UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>GAIL LEWIS, et al.,<br><br>    Defendants. | 1:04-CV-5508 REC LJO P<br><br>ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br>(DOCUMENT #52) |

On July 5, 2005, plaintiff a motion for summary judgment. On July 13, 2005, defendants filed a request to extend time to the close of discovery on March 13, 2006 to file an opposition to plaintiff's motion for summary judgment. In the alternative, defendants request a thirty day extension.

Defendants' request for a seven month extension is denied. If defendants are unable to oppose the motion without further discovery, Rule 56(f) provides the remedy. Fed. R. Civ. P. 56(f). The court will grant defendants an extension of thirty days from date of service of this order to file a response to the motion.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

///

///

///

1 | Defendants are granted **thirty (30) days** from the date of service of this order in which to file
2 | their opposition to plaintiff's motion for summary judgment .
3 |
4 | IT IS SO ORDERED.
5 | **Dated:    August 5, 2005**                    /s/ Lawrence J. O'Neill
  | i0d3h8                                          UNITED STATES MAGISTRATE JUDGE