1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JOWELL FINLEY,                    CASE NO. CV-F-04-5508 REC LJO P

10                 Plaintiff,         ORDER PROVIDING PLAINTIFF WITH
                                      THIRTY DAYS IN WHICH TO FILE A NEW
11       v.                           OPPOSITION TO DEFENDANTS' CROSS-
                                      MOTION FOR SUMMARY JUDGMENT, IF
12   GAIL LEWIS, et al.,              PLAINTIFF WISHES TO DO SO

13                 Defendants.
                                   /
14

15       Plaintiff filed a motion for summary judgment on July 5, 2005.  Defendants Gonzales and

16   Auten ("defendants") filed a cross-motion for summary judgment and an opposition to plaintiff's

17   motion on August 23, 2005.  Plaintiff filed an opposition to defendants' cross-motion on September

18   1, 2005.

19       A review of the record in this case reveals that plaintiff was not notified of the requirements

20   for opposing a motion for summary judgment by either the court or defendants.  Rand v. Rowland,

21   154 F.3d 952, 960 (9th Cir. 1998); Klingele v. Eikenberry, 849 F.2d 409, 411-12 (9th Cir. 1988).

22   Accordingly, in a separate order, the court notified plaintiff of the requirements for opposing a

23   motion for summary judgment.  Klingele, 849 F.2d at 411-12.

24       After reviewing the notice, plaintiff may draft and file a new opposition if he wishes to do

25   so.  However, the court will not consider both plaintiff's current opposition and a new opposition.

26   Therefore, if plaintiff opts to file a new opposition, his opposition currently on file will be

27   disregarded.  If plaintiff does not wish to file a new opposition, he is not required to do so and may

28   rely on the opposition he previously filed with the court.

1

Accordingly, it is HEREBY ORDERED that:

1.   Within **thirty (30) days** from the date of service of this order, plaintiff may file a new opposition to defendants' cross-motion for summary judgment;

2.   If plaintiff files a new opposition to defendants' cross-motion for summary judgment, the opposition plaintiff filed on September 1, 2005, will not be considered by the court; and

3.   If plaintiff does not wish to file a new opposition, he is not required to do so and may rely on his opposition filed on September 1, 2005.

IT IS SO ORDERED.

**Dated:    September 27, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

2