UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>           Plaintiff,<br><br>vs.<br><br>GAIL LEWIS, et al.,<br><br>           Defendants.<br>_____/ | 1:04-cv-05508-REC-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 65)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Doc. 50)<br><br>**ORDER GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** (Doc. 54)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |

    Plaintiff Jowell Finley ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 21, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

1

days.  On November 4, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.  Defendants did not file a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 21, 2005, is ADOPTED IN FULL;

2. Plaintiff's motion for summary judgment, filed July 5, 2005, is DENIED;

3. Defendants' cross-motion for summary judgment, filed August 23, 2005, is GRANTED; and

4. The Clerk of the Court shall enter judgment for defendants and against plaintiff.

IT IS SO ORDERED.

**Dated:  December 16, 2005**              **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE